# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) McMahon, Colleen | 2. Court or Organization US District Court-Southern Dis | 3. Date of Report 04/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Foundation #1 |
| 3. | Director-Inactive | Music Bridges Internatinal Inc |
| 4. | Advisory Council | Ohio State University |
| 5. | Advisory Director | Festival Daniou |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | CSG Systems Inc-Director Fee |
| 2. 2016 | Kohl's Department Stores Inc-Director Fee |
| 3. 2016 | Tailwind Capital Group-Managing Director |
| 4. 2016 | Safe Bulkers Inc -Director Fee |
| 5. 2016 | Jet Blue Airways Corp-Director Fee |
| 6. 2016 | Linx Partners LLC_Director Fee |
| 7. 2016 | Morgan Stanley-Pension Income |
| 8. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

4. _____  _____  _____  _____  _____

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. | Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. | Thornberg Value Fund Class A Mut Fd. (IRA) | C | Dividend | O | T | | | | | |
| 4. | Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | | | | | |
| 5. | Morgan Stanley Venture Investors III LP | | None | K | U | | | | | |
| 6. | MSCP III L.P. | | None | J | U | Sold (part) | 11/11/16 | M | | |
| 7. | ▓▓▓▓ (1998 300,0000) | | None | N | R | | | | | |
| 8. | ▓▓▓▓ (1998 300,000) | | None | N | R | | | | | |
| 9. | Northwestern Mutual Life (Term policy) | | None | K | T | | | | | |
| 10. | Phoenix Life Ins (Trust # 1) (Whole Life Policy) | C | Dividend | M | T | | | | | |
| 11. | Northwestern Mutual Life (Trust#1) (Whole Life Policy) | E | Dividend | O | T | | | | | |
| 12. | Northwestern Mutual Life(Trust #1) (Whole Life Policy) | D | Dividend | N | T | | | | | |
| 13. | Madison National Life (Term Policy) | A | Interest | J | T | | | | | |
| 14. | CSG Systems International Inc.Com | D | Dividend | O | T | Buy (add'l) | 08/24/16 | M | | |
| 15. | | | | | | Donated (part) | | | | |
| 16. | Summit Mariner, LLC | | None | P1 | U | | | | | |
| 17. | Summit Mariner LLC/JP Morgan Checking | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rental # 1 /JPMorgan Checking | | None | J | T | | | | | |
| 19. Rental # 2 ▓▓▓ (1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 20. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |
| 21. JP Morgan(Checking)- | | None | M | T | | | | | |
| 22. Vacant Land ▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 23. Trident Capital Fund V LP | E | Distribution | N | U | Sold<br>(part) | 03/16/16 | K | | See Note # 1 |
| 24. | | | | | Distributed<br>(part) | 05/04/16 | K | | See Note # 5 To Ln # 381 |
| 25. Grove Capital Commitment Partners LP | | None | | | Sold | 12/20/16 | K | | |
| 26. ▓▓▓ Golf Partners LLC | | None | K | U | | | | | |
| 27. Silvaris Corp-Preferred C-1 | | None | | | Sold | 04/05/16 | M | E | |
| 28. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 29. JK & B Capital IV QIP LP | F | Distribution | N | U | Sold<br>(part) | 03/22/16 | M | | See Note # 1 |
| 30. | | | | | Sold<br>(part) | 06/17/16 | K | | |
| 31. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | | | Sold | 12/30/16 | J | | |
| 32. Grove II LP | | None | | | Sold | 12/30/16 | L | | |
| 33. JP Morgan Checking(Foundation #1) | A | Interest | M | T | | | | | |
| 34. Capital Income Builders Fd Cl A(IRA) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Kinderhook Capital I LP | | None | P1 | U | | | | | |
| 36. Capital World Grth & Income Fd Cl A(IRA) | D | Dividend | M | T | | | | | |
| 37. JP Morgan Tax Free MM Premier Sweep | F | Interest | P2 | T | | | | | |
| 38. Menemsha Captial Partners Ltd | | None | L | U | | | | | See Note # 2 |
| 39. CGI Partners,LP | | None | P1 | U | Sold<br>(part) | 03/17/16 | M | | |
| 40. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 41. Linx Partners II LP | | None | O | U | Sold<br>(part) | 04/08/16 | L | | |
| 42. | | | | | Sold<br>(part) | 12/29/16 | J | | |
| 43. | | | | | Buy<br>(add'l) | 12/29/16 | K | | |
| 44. Sentinel Capital Investors III LP | D | Distribution | J | U | Sold<br>(part) | 02/12/16 | J | | See Note # 1 |
| 45. | | | | | Sold<br>(part) | 10/06/16 | J | | |
| 46. SFM Participation II LP | G | Distribution | P2 | U | Buy<br>(add'l) | 02/01/16 | K | | See Note # 1 |
| 47. | | | | | Sold<br>(part) | 02/05/16 | P1 | | |
| 48. | | | | | Sold<br>(part) | 12/08/16 | N | | |
| 49. | | | | | Sold<br>(part) | 12/30/16 | N | | |
| 50. Thornburg Core Growth Cl A (IRA) | | None | N | T | | | | | |
| 51. Jetblue (Com) | | None | O | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Aisling Capital II LP | | None | N | U | Buy (add'l) | 01/15/16 | K | | |
| 53. | | | | | Sold (part) | 01/15/16 | L | | |
| 54. | | | | | Sold (part) | 03/07/16 | J | | |
| 55. | | | | | Sold (part) | 09/20/16 | L | | |
| 56. | | | | | Distributed (part) | 03/17/16 | K | | See Note # 5- To Ln # 383 |
| 57. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 03/24/16 | J | | |
| 58. | | | | | Buy (add'l) | 06/06/16 | N | | |
| 59. | | | | | Buy (add'l) | 09/19/16 | K | | |
| 60. | | | | | Sold (part) | 02/10/16 | N | | |
| 61. SEEF II LP | | None | P1 | U | Buy (add'l) | 03/31/16 | K | | |
| 62. | | | | | Buy (add'l) | 11/09/16 | K | | |
| 63. Towerbrook Investors II Executive Fund LP | | None | P1 | U | Sold (part) | 12/22/16 | N | | |
| 64. Trident VI LP | D | Distribution | N | U | Sold (part) | 03/16/16 | K | | See Note # 1 |
| 65. | | | | | Sold (part) | 09/15/16 | J | | |
| 66. Kinderhook Capital Fund II LP | | None | P1 | U | Buy (add'l) | 02/25/16 | L | | |
| 67. | | | | | Sold (part) | 12/16/16 | J | | |
| 68. | | | | | Sold (part) | 05/17/16 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | G | | | | Sold<br>(part) | 06/28/16 | L | | |
| 70. | | | | | Sold<br>(part) | 10/07/16 | L | | |
| 71. Kohls Corp (Com). | E | Dividend | O | T | Buy<br>(add'l) | 05/19/16 | L | | |
| 72. KPB Partners LP | | None | P2 | U | | | | | |
| 73. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 74. Thornburg Global Opportunity Cl 1 | A | Dividend | L | T | | | | | |
| 75. Thornburg CRE GWT (IRA) | | None | N | T | | | | | |
| 76. Ironwood Management Partners Fund II LP | | None | P1 | U | Buy<br>(add'l) | 01/18/16 | K | | |
| 77. | | | | | Buy<br>(add'l) | 09/28/16 | J | | |
| 78. RGI Partners II B LP | | None | P1 | U | | | | | |
| 79. RGI Partners Ltd | F | Distribution | P1 | U | Buy<br>(add'l) | 06/15/16 | L | | See Note # 1 |
| 80. | | | | | Buy<br>(add'l) | 12/14/16 | O | | |
| 81. SC Capital (P) LP | E | Distribution | N | U | Distributed<br>(part) | 05/12/16 | P1 | | Note # 1,5 & to Ln 460 |
| 82. | | | | | Distributed<br>(part) | 05/13/16 | P1 | | See Note # 5 to Ln 461 |
| 83. Tailwind Capital Partners LP | | | | | | | | | See Note # 4 |
| 84. --Apex Companies LLC | E | Distribution | P1 | U | Sold<br>(part) | 12/07/16 | J | | See Note # 1 |
| 85. --Transit Wireless LLC | | None | M | U | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | --Hamilton State Banc Shares Inc | | None | P1 | U | | | | | |
| 87. | --Oceus Networks,Inc | | None | N | U | | | | | |
| 88. | --Optimal Solutions Intergration Inc | C | Distribution | L | U | Sold<br>(part) | 06/13/16 | J | | See Note # 1 |
| 89. | -Versapharm,Inc | F | Distribution | | | Sold | 06/13/16 | L | | See Note # 1 |
| 90. | --Cumberland Consulting Group,LLC | | None | N | U | | | | | |
| 91. | --RE TRansportation,Inc | B | Distribution | K | U | Sold<br>(part) | 03/16/16 | J | | See Note # 1 |
| 92. | --Northeast Communications of<br>Wisconsin,Inc(dba "Nsight) | | None | O | U | Sold<br>(part) | 06/13/16 | L | | |
| 93. | Tailwind Management LP | G | Distribution | P1 | U | Sold<br>(part) | 12/30/16 | N | | See Note # 1 |
| 94. | Tailwind Capital Partners (GP) LP | | | | | | | | | See Note # 4 |
| 95. | --Apex Companies LLC | F | Distribution | P1 | U | Sold<br>(part) | 06/23/16 | J | | See Note # 1 |
| 96. | -- Transit Wireless LLC | | None | P1 | U | | | | | |
| 97. | --Hamilton State Bancshares Inc | | None | P1 | U | | | | | |
| 98. | --Oceus Networks Inc. | | None | O | U | | | | | |
| 99. | --Optimal | E | Distribution | M | U | Sold<br>(part) | 06/23/16 | K | | See Note # 1 |
| 100. | --Nautilus Neurosciences Inc(Y) | | | | | | | | | |
| 101. | --Versapharm | G | Distribution | | | Sold | 06/23/16 | M | | See Note # 1 |
| 102. | --Cumberland Consulting Group LLC | | None | P1 | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --RE Transportation Inc | C | Distribution | M | U | Sold (part) | 03/18/16 | J | | See Note # 1 |
| 104. --Brawler Industrial Fabrics (Y) | | | | | | | | | |
| 105. --Northeast Comm of Wisconsin Inc N/C NSight | | None | P1 | U | | | | | |
| 106. --Towerco II (Y) | | | | | | | | | |
| 107. American Home Food Products Inc (Com) | | None | | | Sold | 03/02/16 | J | | |
| 108. Perseus Soros Partners | | None | M | U | Sold (part) | 12/22/16 | J | | |
| 109. Syndicate Holdings Corp(Com) | | None | N | U | | | | | |
| 110. Safe Bulkers Inc(Com) | B | Dividend | L | T | Buy (add'l) | 01/02/16 | K | | |
| 111. | | | | | Buy (add'l) | 04/24/16 | K | | |
| 112. | | | | | Buy (add'l) | 07/02/16 | K | | |
| 113. | | | | | Buy (add'l) | 10/02/16 | K | | |
| 114. Artisanal Cheese LLC(Bridge Loan) | | None | | | Sold | 03/02/16 | J | | |
| 115. Camulos BioEnergy Partners LLC | G | Distribution | | | Closed | 12/31/16 | | | See Note # 1 & 3 |
| 116. Asling Investors III LP | F | Distribution | O | U | Buy (add'l) | 05/11/16 | K | | See Note # 1 |
| 117. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 118. | | | | | Sold (part) | 06/02/16 | J | | |
| 119. | | | | | Sold (part) | 06/24/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/07/16 | J | | |
| 121. | | | | | Sold (part) | 09/01/16 | K | | |
| 122. | | | | | Sold (part) | 11/04/16 | L | | |
| 123. | | | | | Distributed (part) | 06/06/16 | J | | See Note # 5-To Ln # 447 |
| 124. | | | | | Distributed (part) | 06/10/16 | J | | See Note # 5 To Ln #449 |
| 125. | | | | | Distributed (part) | 07/15/16 | J | | See Note # 5- To Ln #451 |
| 126. Eastern Growth Capital II LP | A | Distribution | M | U | | | | | See Note # 1 |
| 127. Eastern Growth Capital II LP(IRA) | A | Distribution | N | U | | | | | See Note # 1 |
| 128. Linx-Metaltech Co Investment LLC | | None | K | U | | | | | |
| 129. Olympus Capital Asia IV LP | | None | P1 | U | Buy (add'l) | 04/14/16 | L | | |
| 130. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 131. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 132. | | | | | Sold (part) | 04/14/16 | M | | |
| 133. | | | | | Sold (part) | 07/07/16 | L | | |
| 134. | | | | | Sold (part) | 09/01/16 | M | | |
| 135. | | | | | Sold (part) | 10/28/16 | N | | |
| 136. UBS RMA Tax Free (MM) | A | Interest | | | Closed | 06/13/16 | P1 | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Safe Bulkers Inc (Com)(IRA) | | None | K | T | | | | | |
| 138. Towerbrook Investors III Executive Fund LP | G | Distribution | N | U | Sold (part) | 06/09/16 | L | | See Note # 1 |
| 139. | | | | | Sold (part) | 09/01/16 | K | | |
| 140. | | | | | Sold (part) | 11/21/16 | K | | |
| 141. Invesco Equity Income FD A (401K) | | None | J | T | | | | | |
| 142. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | | | Closed | 03/23/16 | K | | |
| 143. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 144. The West Africa Fund LP | | None | O | U | | | | | |
| 145. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | P1 | T | | | | | |
| 146. Yumsing LLC | | None | N | U | | | | | |
| 147. Cordia Bancorp Ser B(Com)(IRA) | | None | | | Sold | 09/01/16 | L | | |
| 148. Michael Walsdorf- (Indirect Investment- 71 Smith Street LLC ) | | None | | | Distributed | 10/24/16 | M | | Note # 5 & 8-to Line 456 |
| 149. Beryllium LLC | | None | J | U | | | | | |
| 150. Kinderhook Capital Fund III LP | G | Distribution | P1 | U | Buy (add'l) | 02/08/16 | K | | See Note #1 |
| 151. | | | | | Buy (add'l) | 05/23/16 | K | | |
| 152. | | | | | Buy (add'l) | 10/04/16 | M | | |
| 153. | | | | | Buy (add'l) | 11/08/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 155. | | | | | Sold (part) | 10/04/16 | O | | |
| 156. Nuclea Biotechnologies Inc-Convertible Note | | None | | | Closed | 12/31/16 | | | See Note # 3 |
| 157. Cordia Bancorp Inc Ser B (Com) | | None | | | Sold | 09/01/16 | N | | |
| 158. Rapid Ratings International Inc (Com) | C | Interest | P1 | T | Buy (add'l) | 02/24/16 | N | | |
| 159. | | | | | Buy (add'l) | 04/11/16 | N | | |
| 160. | | | | | Sold (part) | 04/20/16 | O | | |
| 161. Parkstone Capital Partners LLC | | None | J | U | Sold (part) | 10/25/16 | M | | |
| 162. Lone Peak Partners Fund LP | F | Distribution | | | Sold | 12/30/16 | P1 | | See Note # 1 |
| 163. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 164. NYS Dorm 5.625 % Due 6/1/16 | D | Interest | | | Matured | 06/01/16 | M | | |
| 165. Tailwind Capital Group LLC | | None | K | U | | | | | |
| 166. Empowered World Ventures LLC(Preferred A) | | None | M | T | | | | | |
| 167. CSL Energy Opportunity Fd 1 LP | | None | N | U | Buy (add'l) | 01/26/16 | K | | |
| 168. | | | | | Sold (part) | 01/26/16 | L | | |
| 169. CSL Europe Energy Services LP | | None | K | U | Buy (add'l) | 06/06/16 | J | | |
| 170. Parkstone Capital Partners II LP | G | Distribution | N | U | Sold (part) | 02/01/16 | M | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 07/06/16 | M | | |
| 172. | | | | | Sold (part) | 11/18/16 | L | | |
| 173. Highland Investment Group LLC | | None | L | U | | | | | |
| 174. Artiman Venture Fund LP | D | Distribution | M | U | Sold (part) | 03/16/16 | J | | See Note # 1 |
| 175. EOS Healthcare Partners LLC | | None | P1 | U | Buy (add'l) | 09/15/16 | N | | |
| 176. OD Funding Partners LLC | | None | L | U | | | | | |
| 177. Nextremity Solutions Inc | | None | | | Sold | 03/25/16 | J | | |
| 178. Linx-Ad Co-Invest LLC | E | Distribution | | | Sold (part) | 03/02/16 | K | | See Note # 1 |
| 179. | | | | | Sold (part) | 04/29/16 | J | | |
| 180. | | | | | Sold (part) | 08/15/16 | J | | |
| 181. | | | | | Sold | 12/28/16 | J | | |
| 182. Collision Funding Partners LLC | | None | N | U | | | | | |
| 183. adTheorent Inc Convertible Promissory Note) | | None | | | Sold | 12/28/16 | M | G | |
| 184. Figue Holdings LLC (Class B Common) | | None | N | T | | | | | |
| 185. Jonathan Kully (Indirect Investment 71 Smith Street LLC) | | None | | | Distributed | 10/24/16 | M | | Note # 5 &# 8 -to Ln 457 |
| 186. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 187. Kenesto Corp (Preferred C) | | None | P1 | T | Buy (add'l) | 02/11/16 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 04/27/16 | M | | |
| 189. | | | | | Buy<br>(add'l) | 07/05/16 | M | | |
| 190. | | | | | Buy<br>(add'l) | 09/29/16 | M | | |
| 191. MogilityCapital Fund LP | | None | N | U | | | | | |
| 192. OpenFin Inc.(Preferred Stock) | | None | N | T | | | | | |
| 193. Remedy Pharmaceuticals Inc | | None | O | T | | | | | |
| 194. Tyrogenex Inc.(Ser B Convertible Preferred) | | None | K | T | | | | | |
| 195. XCovery Holdings LLC | | None | J | U | | | | | |
| 196. NYS Dorm 4 % Due 7/1/16 | D | Interest | | | Matured | 07/01/16 | N | | |
| 197. NYS Mtg Auth 1.2 % Due 4/1/16 | B | Interest | | | Matured | 04/01/16 | N | | |
| 198. NYS Dorm 4 % Due 7/1/17 | E | Interest | | | Sold | 08/04/16 | N | D | |
| 199. NYS Mtg 5 % Due 11/1/16 | D | Interest | | | Sold | 08/04/16 | N | A | |
| 200. Batavia NY 4% Due 3/1/17 | E | Interest | | | Sold | 08/04/16 | O | C | |
| 201. Rochester NY Unliited Tax 3.25% Due 2/1/16 | C | Interest | | | Matured | 02/01/16 | M | | |
| 202. NYS Muni Bd 5 % Due 5/15/16 | D | Interest | | | Matured | 05/15/16 | N | | |
| 203. Cardflight Inc (Preferred) | | None | N | T | | | | | |
| 204. Fenway HTM Partners LLC | | None | N | U | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  FunnelFire Inc (ConvPromissory Note) | | None | L | T | | | | | |
| 206.  Gain Fitness Inc(Com) | | None | M | T | | | | | |
| 207.  CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | | | | | |
| 208.  Linx RE-Co-Invest LLC | | None | L | U | | | | | |
| 209.  Linx III LP | | None | P1 | U | Buy (add'l) | 03/31/16 | M | | |
| 210. | | | | | Buy (add'l) | 11/21/16 | P1 | | |
| 211. | | | | | Sold (part) | 11/23/16 | K | | |
| 212.  Monaeo Inc(Conv. Promissory Note) | | None | O | T | Buy (add'l) | 01/19/16 | M | | |
| 213. | | | | | Buy (add'l) | 07/13/16 | M | | |
| 214.  Moolagram Inc (Ser A1 Preferred ) | | None | M | T | | | | | |
| 215.  One Up Games LLC(Note ) | | None | O | T | | | | | |
| 216.  Romulus Capital II US Feeder LP | | None | N | U | | | | | |
| 217.  Storypanda Enterprises Inc(Conv Promissory Note) | | None | | | Closed | 12/31/16 | | | See Note # 3 |
| 218.  Tengrade Inc (Preferred) N/C Tengrade Inc (Preferred & Conv Note) | | None | M | T | | | | | |
| 219.  Linx-Grammer Co LLC | | None | N | U | | | | | |
| 220.  NYS Dorm 4% Due 5/15/17 | C | Interest | | | Sold | 08/04/16 | M | A | |
| 221.  State of NY Dorm 5 % Due 7/1/16 | A | Interest | | | Matured | 07/01/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Lake Placid NY 5 % Due 6/15/16 | D | Interest | | | Matured | 06/15/16 | N | | |
| 223.  West Seneca NY 4 % Due 11/15/17 | D | Interest | | | Sold | 08/03/16 | O | C | |
| 224.  NY NY Ser C 5 % Due 8/1/17 | E | Interest | | | Sold (part) | 03/15/16 | N | A | |
| 225. | | | | | Sold | 08/04/16 | N | A | |
| 226.  Tarrytown NY 4 % Due 5/1/18 | E | Interest | | | Sold | 08/03/16 | O | D | |
| 227.  Tailwind Capital Partners II LP | | | | | | | | | See Note # 9 |
| 228.  --TowerCo 2013 | G | Distribution | K | U | Sold (part) | 05/27/16 | O | | See Note # 1 |
| 229.  --Diamondback Drugs | | None | O | U | | | | | |
| 230.  --Long's Drugs | G | Distribution | P1 | U | Sold (part) | 03/28/16 | N | | See Note # 1 |
| 231. | | | | | Buy (add'l) | 08/28/16 | O | | |
| 232.  --Colony Hardware | | None | P1 | U | | | | | |
| 233.  --Lieberman Research Worldwide | | None | P1 | U | Buy (add'l) | 09/15/16 | K | | |
| 234.  --National HME | | None | O | U | Buy (add'l) | 03/28/16 | M | | |
| 235.  --Premiere Store Fixtures | G | Distribution | P1 | U | Sold (part) | 09/15/16 | K | | See Note # 1 |
| 236.  --TowerCo IV | | None | N | U | Buy (add'l) | 09/15/16 | M | | |
| 237.  --Cumming | | None | P1 | U | Buy | 12/12/16 | P1 | | |
| 238.  --Diversified ( N/C Distinct Holdings Group,Inc-dba Diversified) | | None | P1 | U | Buy (add'l) | 03/28/16 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. --MetroGistics | | None | P1 | U | Buy | 12/12/16 | P1 | | |
| 240. --Stratix | | None | P1 | U | Buy | 03/28/16 | O | | 9 |
| 241. Uniserv LLC | | None | | | Closed | 12/31/16 | | | See Note # 3 |
| 242. Trust # 4 | | | | | | | | | See Note # 7 |
| 243. --Safebulkers Inc Ser B 8 % Preferred | E | Dividend | M | T | | | | | |
| 244. --Principal Global Diversified Income Fd Cl A | E | Dividend | O | T | Buy | 01/29/16 | O | | |
| 245. --Thornburg Income Builders Cl 1 | F | Dividend | P1 | T | Buy | 01/29/16 | P1 | | |
| 246. --Thornburg Global Opp Fd Cl 1 | D | Dividend | P1 | T | | | | | |
| 247. --Thornburg Intl Value Fd 1 | D | Dividend | O | T | Buy | 01/29/16 | O | | |
| 248. --Thornburg Limited Term Inc Cl 1 | E | Dividend | P1 | T | Buy | 01/29/16 | P1 | | |
| 249. --UBS Bank USA Dep Account | A | Interest | M | T | | | | | |
| 250. --JP Morgan Checking | A | Interest | J | T | | | | | |
| 251. --Nextremity Solutions Inc (Conv Promissory Note ) | | None | | | Sold | 03/25/16 | J | | |
| 252. -- EOS Healthcare Partners LLC | | None | N | U | | | | | |
| 253. --Exxon Mobil Corp(Com) | E | Dividend | O | T | | | | | 7 |
| 254. --Microsoft Corp(Com) | D | Dividend | O | T | | | | | |
| 255. --Columbia Select Large Cap Growth FD | G | Dividend | P1 | T | Buy | 01/29/16 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256.  Trust # 3 | | | | | | | | | |
| 257.  --Thornburg Income Builders Cl 1 | E | Dividend | P1 | T | Buy | 02/05/16 | P1 | | |
| 258.  --Thornburg Global Opportunities Fd | D | Dividend | P1 | T | Buy | 02/05/16 | O | | |
| 259.  --Thornburg Intl Value Fd | E | Dividend | O | T | Buy | 03/05/16 | O | | |
| 260.  --UBS Bank USA -Depost Account | A | Interest | N | T | | | | | |
| 261.  --UBS AG Deposit Acount | A | Interest | N | T | | | | | |
| 262.  --SPC Intermex LP | | None | N | U | Buy | 10/27/16 | N | | |
| 263.  Tailwind Capital Partners II (GP)LP | | | | | | | | | See Note # 9 |
| 264.  --Colony Hardware Corp | | None | O | U | | | | | |
| 265.  --Cummings Group Inc | | None | O | U | Buy | 12/12/16 | M | | |
| 266.  --Diamondback Drugs of Delaware LLC | | None | N | U | | | | | |
| 267.  --Distinct Holdings Group,Inc(dba Diversified) | | None | O | U | Buy (add'l) | 03/28/16 | M | | |
| 268.  --Long's Drugs Inc | G | Distribution | O | U | Sold (part) | 03/28/16 | L | | See Note # 1 |
| 269.  --Lieberman Research Worldwide LLC | | None | O | U | Sold (part) | 03/28/16 | J | | |
| 270.  --MetrogisticsLLC | | None | O | U | Buy | 12/12/16 | M | | |
| 271.  --National HME,Inc | | None | N | U | Buy (add'l) | 03/28/16 | K | | |
| 272.  --Preimier Store Fixtures,LLC | E | Distribution | O | U | Sold (part) | 12/12/16 | J | | See Note # 1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. --Stratix Corp | | None | N | U | Buy | 03/28/16 | M | | |
| 274. --Towerco 2013 Holdings LLC | | None | M | U | | | | | |
| 275. --TowerCo IV Holdings LLC | | None | M | U | Buy<br>(add'l) | 12/14/16 | N | | |
| 276. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 277. RGI Partners B LP | | None | J | U | | | | | |
| 278. Radius Networks Inc (Com) | | None | O | T | | | | | |
| 279. Moolagram Inc (Preferred Ser A-2 ) | | None | O | T | | | | | |
| 280. Safebulkers Ser D 8 % Preferred | E | Dividend | M | T | | | | | |
| 281. ChartIQ LLC | | None | N | U | Buy<br>(add'l) | 02/29/16 | M | | |
| 282. Transplant Genomics Inc (Convertible Note) | D | Interest | N | T | | | | | |
| 283. Transplant Genomics Inc( Preferred A) | | None | M | T | | | | | |
| 284. Gravitas Technology Service LLC | | None | P1 | U | | | | | |
| 285. Real Endpoints LLC | | None | O | U | | | | | |
| 286. Valuestream Development Lab Fund LLC | | None | M | U | | | | | |
| 287. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 288. Grove Hospitality Asia GP LLC | E | Distribution | J | U | Sold<br>(part) | 12/16/16 | J | | See Note # 1 |
| 289. Grove Hospitality Europe GP LLC | | None | J | U | Sold<br>(part) | 03/18/16 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Grove Aurelis II GP LLC | E | Distribution | K | U | Buy<br>(add'l) | 04/18/16 | K | | See Note # 1 |
| 291. GN WMC LLC | | None | K | U | Sold<br>(part) | 06/13/16 | J | | |
| 292. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 293. Invesco International Growth A (401k) | | None | M | T | | | | | |
| 294. Safebulkers Inc (Ser C Preferred) (IRA) | D | Dividend | L | T | | | | | |
| 295. NY NY 5 % Due 3/1/17 | D | Interest | | | Sold | 08/04/16 | M | A | |
| 296. City of NY 5 % Due 1/15/19 | D | Interest | | | Sold | 08/03/16 | M | B | |
| 297. NY S Urban Dev 5 % Due 3/15/18 | E | Interest | | | Sold | 08/03/16 | O | | |
| 298. NYC NY TRans 5 % Due 11/1/19 | D | Interest | | | Sold | 08/04/16 | M | A | |
| 299. Met Trans Authority 5 % Due 11/15/18 | D | Interest | | | Sold | 08/03/16 | N | C | |
| 300. NYS Dorm 5 % Due 2/15/17 | D | Interest | | | Sold | 08/04/16 | M | A | |
| 301. NY NY Unlimited Tax 5 % Due 8/1/18 | D | Interest | | | Sold | 08/03/16 | M | B | |
| 302. NYS Thruway Auth 4 % Due 1/1/17 | D | Interest | | | Sold | 03/15/16 | N | | |
| 303. NYS Thruway 5 % Due 5/1/19 | E | Interest | | | Sold | 08/02/16 | O | D | |
| 304. NYS Dormatory 5 % Due 7/1/18 | D | Interest | | | Sold | 08/03/16 | N | B | |
| 305. NYS Dormatory 5 % Due 3/15/19 | E | Interest | | | Sold | 03/15/16 | N | B | |
| 306. Nassau County NY 5 % Due 10/1/19 | D | Interest | | | Sold | 03/15/16 | N | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000 | G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Rochester NY 4 % Due 2/15/19 | E | Interest | | | Sold | 08/03/16 | O | D | |
| 308. Personalized Cancer Therapy Inc (Com) d/b/a( PERTHA) | | None | O | T | | | | | |
| 309. /Romulus ELC B3 Special Opportunity LP | | None | M | U | | | | | |
| 310. Sommetrics. Inc (Preferred Ser B) | | None | N | T | | | | | |
| 311. RetSKU Inc (Senior Convertible Note) | | None | N | T | Buy (add'l) | 02/29/16 | M | | |
| 312. Sensai Corp (Converitible Note) | | None | M | T | | | | | |
| 313. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | Buy (add'l) | 12/07/16 | M | | |
| 314. Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |
| 315. Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 316. Build and Imagine LLC | | None | L | U | Buy (add'l) | 08/15/16 | K | | |
| 317. Call Rail Investors LLC | | None | M | U | Buy (add'l) | 09/02/16 | L | | |
| 318. SpireCube LLC | B | Distribution | L | U | Sold (part) | 12/30/16 | J | | See Note # 1 |
| 319. Linx-Transpro Co-Invest LLC | D | Distribution | M | U | Sold (part) | 01/12/16 | J | | See Note # 1 |
| 320. | | | | | Sold (part) | 04/15/16 | J | | |
| 321. | | | | | Sold (part) | 07/13/16 | J | | |
| 322. Linx-Gullett Co-Invest LLC | B | Distribution | M | U | Sold (part) | 02/12/16 | J | | See Note # 1 |
| 323. | | | | | Sold (part) | 06/30/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 09/15/16 | J | | |
| 325. | | | | | Sold (part) | 11/14/16 | J | | |
| 326. | | | | | Sold (part) | 12/15/16 | J | | |
| 327.  50 Mast LLC | | None | M | U | | | | | |
| 328.  AG Team Partners LLC | B | Distribution | N | U | Buy (add'l) | 10/27/16 | K | | See Note # 1 |
| 329.  AG Team Partners III LP | | None | M | U | | | | | |
| 330.  ClickDimension LLC | | None | | | Sold | 05/09/16 | O | G | |
| 331.  CSL Energy Opp Fund II LP | | None | O | U | Buy (add'l) | 01/25/16 | M | | |
| 332. | | | | | Buy (add'l) | 04/25/16 | N | | |
| 333. | | | | | Buy (add'l) | 06/24/16 | N | | |
| 334.  Estimize Inc (Ser B Preferred) | | None | M | T | | | | | |
| 335.  Exitround Inc. (Conv Note) | | None | | | Closed | 12/31/16 | | | See Note # 3 |
| 336.  Grotech Ventures III LP | | None | M | U | Buy (add'l) | 06/21/16 | J | | |
| 337. | | | | | Buy (add'l) | 07/18/16 | K | | |
| 338. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 339. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 340.  Karma Culture LLC | | None | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341.  Kinderhook Capital Fund IV | | None | P1 | U | Buy (add'l) | 01/13/16 | O | | |
| 342. | | | | | Buy (add'l) | 04/07/16 | M | | |
| 343. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 344. | | | | | Buy (add'l) | 10/24/16 | N | | |
| 345.  Linx-CPT Co Invest LLC | C | Interest | M | U | Buy (add'l) | 03/28/16 | J | | |
| 346. | | | | | Sold (part) | 01/29/16 | J | | |
| 347. | | | | | Sold (part) | 04/22/16 | J | | |
| 348. | | | | | Sold (part) | 07/30/16 | J | | |
| 349. | | | | | Sold (part) | 10/31/16 | J | | |
| 350.  Logic9S LLC (Conv Promissory Note) | | None | M | T | | | | | |
| 351.  Oxy Docs, Inc (Conv Promissory Note) | | None | N | T | Buy (add'l) | 07/13/16 | M | | |
| 352.  Olympus Capital Asia Fd V LP | | None | O | U | Buy (add'l) | 09/07/16 | M | | |
| 353.  Padloc Inc. (Ser A Preferred) | | None | M | T | | | | | |
| 354.  Romulus Capital III (US) Feeder LP | | None | O | U | Buy (add'l) | 07/07/16 | N | | |
| 355.  Perry Lane LLC | | None | N | U | Buy (add'l) | 01/19/16 | M | | |
| 356. | | | | | Buy (add'l) | 08/01/16 | M | | |
| 357. | | | | | Buy (add'l) | 12/08/16 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Slingshot Insights Inc (Conv. Promissory Note) | | None | L | T | | | | | |
| 359. Syndicated Loan Direct Inc (Conv. Promissory Note) | | None | L | T | | | | | |
| 360. TBCP Jacksonville LLC | | None | L | U | | | | | |
| 361. TernPro Inc (Conv Promissory Note &Preferred Stock) | | None | L | T | Buy (add'l) | 06/20/16 | K | | |
| 362. Terafina Inc (Conv Promissory Note) | | None | N | T | Buy (add'l) | 05/25/16 | M | | |
| 363. NY St Dorm 4 % Due 5/1/19 | C | Interest | | | Sold | 08/03/16 | M | C | |
| 364. NY City NY Muni Wtr 4 % Due 6/15/18 | D | Interest | | | Sold (part) | 03/15/16 | N | A | |
| 365. | | | | | Sold | 08/03/16 | N | A | |
| 366. Hempstead Town NY 5 % Due 7/1/19 | E | Interest | | | Sold | 08/02/16 | O | D | |
| 367. NY St Thwy Auth 5 % Due 4/1/20 | E | Interest | | | Sold | 08/02/16 | O | D | |
| 368. NY St Dorm 5 % Due 7/1/20 | D | Interest | | | Sold | 08/02/16 | N | D | |
| 369. Kingston NY City Sch 4 % Due 6/15/17 | D | Interest | | | Sold | 08/04/16 | N | A | |
| 370. NY St Env FACS 5 % Due 9/15/19 | E | Interest | | | Sold | 08/02/16 | O | D | |
| 371. Ithaca NY City 3 % Due 7/1/18 | D | Interest | | | Sold | 08/03/16 | N | B | |
| 372. Ithaca NY City 3 % Due 7/1/20 | D | Interest | | | Sold | 08/02/16 | N | D | |
| 373. MTA NY 5 1/4 % Due 11/15/17 | C | Interest | | | Sold | 08/04/16 | M | A | |
| 374. MTA NY 4 % Due 11/15/17 | C | Interest | | | Sold | 08/03/16 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. MTA 5 % Due 11/15/19 | C | Interest | | | Sold | 08/02/16 | M | B | |
| 376. NYS Urban Dec 5 % Due 3/15/17 | C | Interest | | | Sold | 03/15/16 | M | A | |
| 377. NYS Dorm Auth 5 % Due 3/15/24 -<br>Prerefunded 9/1/16 | D | Interest | | | Sold | 09/15/16 | M | | |
| 378. Long Island Power 5 % Due 12/1/17 | B | Interest | | | Sold | 03/15/16 | M | | |
| 379. Long Island Power 5 % Due 9/1/20 | E | Interest | | | Sold | 08/02/16 | O | D | |
| 380. Home Team Marketing LLC (Senior<br>Promissory Notes ) | E | Interest | O | T | Buy<br>(add'l) | 03/14/16 | L | | |
| 381. Qualys Inc | | None | | | Spinoff<br>(from line 24) | 05/11/16 | J | | See Note # 6 |
| 382. | | | | | Donated | | | | |
| 383. Cempra Inc | | None | | | Spinoff<br>(from line 56) | 03/17/16 | K | | See Note # 6 |
| 384. | | | | | Donated | | | | |
| 385. Highland Resort At the Peaks LLC | | None | M | U | | | | | |
| 386. Edward Jones Retirement MM(IRA) | | None | J | T | | | | | |
| 387. Fidelity (Cash) | A | Interest | K | T | | | | | |
| 388. Figue Holdings LLC | | None | M | U | | | | | |
| 389. Gain Fitness Inc(Conv Note) | | None | J | T | Buy | 05/09/16 | J | | |
| 390. Arlington,NY Cent Sch 4 % due 5-15-20 | C | Interest | | | Buy | 04/13/16 | N | | |
| 391. | | | | | Sold | 08/02/16 | N | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Dutchess County NY Loc 4 % due 7-1-20 | D | Interest | | | Buy | 03/01/16 | N | | |
| 393. | | | | | Sold | 08/02/16 | N | B | |
| 394. Erie County NY 5 % due 5-1-21 | D | Interest | | | Buy | 06/15/16 | O | | |
| 395. | | | | | Sold | 08/02/16 | O | C | |
| 396. NYC Health & Hospital Corp 5 % Due 2-15-20 | E | Interest | | | Buy | 01/07/16 | O | | |
| 397. | | | | | Sold | 08/02/16 | O | D | |
| 398. NYC NY Tr 5.25 % due 12-1-18 | B | Interest | | | Buy | 06/22/16 | N | | |
| 399. | | | | | Sold | 08/03/16 | N | A | |
| 400. NYS Dorm Auth 5 % due 7-1-20 | D | Interest | | | Buy | 02/24/16 | N | | |
| 401. | | | | | Sold | 08/02/16 | N | B | |
| 402. NYC NY Health Hosp 5 % due 2-15-20 | E | Interest | | | Buy | 01/07/16 | O | | |
| 403. | | | | | Sold | 08/02/16 | O | D | |
| 404. NYC NY Tr 5.25 % due 12/1/18 | A | Interest | | | Buy | 06/22/16 | N | | |
| 405. | | | | | Sold | 08/03/16 | N | A | |
| 406. Aisling Capital IV LP | | None | O | U | Buy | 03/11/16 | L | | |
| 407. | | | | | Buy (add'l) | 05/23/16 | K | | |
| 408. | | | | | Buy (add'l) | 06/08/16 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 06/27/16 | L | | |
| 410. | | | | | Buy (add'l) | 07/18/16 | M | | |
| 411. | | | | | Buy (add'l) | 08/08/16 | N | | |
| 412. | | | | | Buy (add'l) | 10/20/16 | L | | |
| 413. | | | | | Buy (add'l) | 12/29/16 | K | | |
| 414. Canal Logix LLC | | None | L | U | Buy | 02/24/16 | L | | |
| 415. Collision Funding Partners LLC (Note) | | None | K | T | Buy | 12/30/16 | K | | |
| 416. Linx-Elite Co Invest LLC | | None | M | U | Buy | 11/28/16 | M | | |
| 417. Linx-Nebr Co Invest LLC | | None | M | U | Buy | 11/28/16 | M | | |
| 418. Peterson Partners VIII LP | | None | J | U | Buy | 07/29/16 | J | | |
| 419. Romulus Estify Sp Opportunity LP | | None | M | U | Buy | 12/20/16 | M | | |
| 420. Romulus Growth Cogito LP | | None | M | U | Buy | 12/20/16 | M | | |
| 421. Strategic Alternative Fund Group LLC | | None | L | U | Buy | 06/20/16 | L | | |
| 422. Parkstone Capital Partners IV Holdings LP | C | Distribution | M | U | Buy | 08/17/16 | M | | See Note # 1 |
| 423. | | | | | Sold (part) | 12/30/16 | J | | |
| 424. Linx Q Liquidating Tr | D | Distribution | J | U | Buy | 01/04/16 | J | | See Note # 1 |
| 425. | | | | | Sold (part) | 05/13/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 36

**Name of Person Reporting**

McMahon, Colleen

**Date of Report**

04/07/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 06/06/16 | K | | |
| 427. Fulling Mills LLC | | None | K | U | Buy | 01/04/16 | K | | |
| 428. | | | | | Buy (add'l) | 06/15/16 | M | | |
| 429. | | | | | Sold (part) | 06/15/16 | J | | |
| 430. Ram Realty IV LP | | None | N | U | Buy | 12/20/16 | N | | |
| 431. Alpine-Gleenwood LP | | None | K | U | Buy | 12/07/16 | K | | |
| 432. BigID Inc(Conv Note) | | None | M | T | Buy | 12/08/16 | M | | |
| 433. Lending Front Inc (Conv Note) | | None | M | T | Buy | 03/23/16 | M | | |
| 434. Menguin Inc (Conv Note) | | None | M | T | Buy | 12/12/16 | M | | |
| 435. Mine One GMBH (Ser A sh) (IRA) | | None | M | T | Buy | 11/07/16 | M | | |
| 436. Relationship Capital Partners Inc (Conv Notes) | | None | M | T | Buy | 08/22/16 | M | | |
| 437. PHRP LLC | | | | | | | | | See Note # 11 |
| 438. --Shareablee Inc (Ser A Pref) | | None | P1 | T | Buy | 08/31/16 | P1 | | |
| 439. SFM Participation LLC (x) | G | Distribution | | | Sold | 10/07/16 | M | G | See Note # 1,10 |
| 440. Skyfront Corp (Note Rec) | | None | K | T | Buy | 02/01/16 | K | | |
| 441. SPC Intermex LP | | None | N | U | Buy | 10/27/16 | N | | |
| 442. Yingo Yango Inc (Ser A Pref) | | None | M | T | Buy | 09/14/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. American Fund Cap Inc (401K) | | None | J | T | Buy | 04/01/16 | K | | |
| 444. RMA Gov't MM Fd | A | Interest | | | Open | 06/15/16 | N | | |
| 445. | | | | | Closed | 08/15/16 | N | | |
| 446. UBS Bank USA Deposit Ac | A | Interest | K | T | Open | 06/06/16 | J | | |
| 447. Dermira Inc (Com) | | None | | | Spinoff (from line 123) | 06/06/16 | J | | See Note # 6 |
| 448. | | | | | Donated | | | | |
| 449. Agile Therapeutics Inc (Com) | | None | | | Spinoff (from line 124) | 06/10/16 | J | | See Note # 6 |
| 450. | | | | | Donated | | | | |
| 451. Syros Inc(Com) | | None | | | Spinoff (from line 125) | 07/15/16 | J | | See Note # 6 |
| 452. | | | | | Donated | | | | |
| 453. Automotive Mastermind Inc (Com) | | None | O | T | Buy | 02/09/16 | O | | |
| 454. UBS AG Deposit Act (IRA) | | None | N | T | Open | 12/01/16 | N | | |
| 455. 312 Atlantic Ave LLC | | None | M | U | Buy | 10/24/16 | M | | |
| 456. Flank 71 Smith LLC | | None | N | U | Spinoff (from line 148) | 10/27/16 | M | | See Note # 8 |
| 457. | | | | | Spinoff (from line 185) | 10/27/16 | M | | See Note # 8 |
| 458. Thompson Trucking Inc(X) | B | Distribution | | | Sold | 04/29/16 | J | B | See Note # 10 |
| 459. Tidewather Acquisition Inc (X) | A | Distribution | | | Sold | 12/20/16 | J | A | See Note # 10 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  Penumbra Inc (Com) | | None | | | Spinoff (from line 81) | 05/12/16 | P1 | | See Note # 6 |
| 461. | | | | | Spinoff (from line 82) | 05/13/16 | P1 | | See Note # 6 |
| 462. | | | | | Sold (part) | 05/31/16 | P2 | H1 | |
| 463. | | | | | Sold | 06/08/16 | P2 | H1 | |
| 464. | | | | | Distributed (part) | 05/13/16 | O | | See Note # 5 To line 466 |
| 465. | | | | | Donated | | | | |
| 466.  Penumbra Inc (Foundation) | | None | | | Spinoff (from line 464) | 05/13/16 | O | | See Note # 6 |
| 467. | | | | | Sold | 06/08/16 | O | | |
| 468.  UBS Bank USA BUS ACCT(Foundation # 1) | A | Interest | J | T | Open | 03/23/16 | K | | |
| 469.  UBS AG Deposit Account (Foundation #1) | A | Interest | J | T | Open | 05/23/16 | O | | |
| 470.  Oppenheimer Lmt Term Bond Fd(Foundation # 1) | B | Dividend | M | T | Buy | 06/21/16 | N | | |
| 471.  Pimco Low Duration Fund Cl A(Foundation # 1) | B | Dividend | M | T | Buy | 06/21/16 | N | | |
| 472.  Virtus Low Duration Income Fd A(Foundation # 1) | B | Dividend | M | T | Buy | 06/21/16 | N | | |
| 473.  Cyriline Morgan (Personal Note) | | None | M | T | Buy | 12/30/16 | M | | |
| 474.  Boulder DiagnosticInc (Com) | | None | | | Buy | 01/04/16 | N | | |
| 475. | | | | | Closed | 12/31/16 | | | See Note # 3 |
| 476.  Loch Lomond Golf Club(Ser C) | D | Dividend | M | T | Buy | 01/04/16 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 36

**Name of Person Reporting**

McMahon, Colleen

**Date of Report**

04/07/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 05/06/16 | K | | |
| 478. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item #'
23,29,44,46,64,79,81,84,88,89,91,93,95,99,101,103,115,116,126,127,138,150,162,170,174,178,228,230,235,268,272,288,290,318,319,322,328,422,424,439

Investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to
determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution",
to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item # 38

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's ▮

Note # 3
Explanation Section VII
Item # 115,156,217,241,335,475
These investments are worthless as of December 31, 2016. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2016.
The value in Column D(3) is blank since no value is attributable to worthless investments.

Note # 4
Explanation Section VII
Item # 83-92,94-106

The Judge's ▮ is a Managing partner of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP . These partnerships have ownership interests
in the companies listed under Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP..
Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the
same companies. The underlying assets were listed under Tailwind Capital Partners(GP) LP in prior reports..

Note # 5
Explanation Section VII
Item # 24,56,81,82,123,124,125,148,185,464

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This information is noted as "Distributed " in Column
D(1). The date the shares were distributed is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cost of the assets
by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item # 381,383,447,449,451,456,457,460,461,466
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships.. These securities are listed
as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the
acqusition costs of the assets by the Limited Partnership, as reported by the General Partner.

Note # 7
Explanation Section VII
Item # 242-262

The Judge's ▮ created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The income reported by the trusts are taxed to the
Grantor. The benficiaries of the trusts are the Judge's ▮ .

Note # 8
Explanation Section VII
Item # 148,185,456,457

The loans reported on the prior reports were indirect invesmtments by the Judge's ▮ in 71 Smith Street LLC. On October 24, 2016 these loans were
converted to Flank 71 Smith Street LLC. The value of the new partnership is listed on line 456.

See Note # 9
Explanation Section VII
Item # 227-241,263-2750

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Judge's _____ is a Managing Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership and General Partnership have ownership interests in the same companies. The underlying assets were listed under Tailwind Capital Partners II LP in prior reports.

Note # 10
Explanation Section VII
Item #  439,458,459

Escrow income subject to various contingencies was received in 2016.  The applicable securities were sold in  prior years. The cost of the securities was zero.

Note # 11
Explanation Section VIII
Item # 437,438

The Judge's _____ created a single member LLC to hold various investments. The current  investment is listed below the LLC on line # 438.

# FINANCIAL DISCLOSURE REPORT
Page 36 of 36

Name of Person Reporting

McMahon, Colleen

Date of Report

04/07/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544